UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CINDY GARDUNO, | ) |
| | ) |
| Plaintiff, | ) Case: 1:23-cv-02549 |
| | ) |
| v. | ) |
| | ) |
| CAPABLE CONTROLS, INC, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

It is hereby stipulated between Plaintiff, Cindy Garduno, and Defendant, Capable Controls, Inc., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that this action is dismissed with prejudice. Each party shall bear its or her own attorney's fees, costs and expenses.

Dated this 4th day of December, 2023.

AGREED TO BY:

/s/ *Chad W. Eisenback*
Chad W. Eisenback ,Esq.
Sulaiman Law Group, LTD.
2500 S. Highland Avenue, Suite 200
Lombard, Illinois 60148
Phone (331) 307-7632
Fax (630) 575 - 8188
ceisenback@sulaimanlaw.com
*Attorney for Plaintiff*

/s/*Alexander L Reich (w/ consent)*
Steven N. Malitz
Alexander L. Reich
Saul Ewing LLP
161 North Clark
Suite 4200
Chicago, Illinois 60601
(312) 876-7100
steven.malitz@saul.com
alexander.reich@saul.com
*Attorneys for Defendant*